In re Petition for DISCIPLINARY AC-
TION AGAINST Kenneth F. JO-
HANNSON, a Minnesota Attorney,
Registration No. 5043X.

No. A04–246.

Supreme Court of Minnesota.

June 15, 2004.

### ORDER

By order filed March 9, 2004, this court
suspended respondent for 90 days, effec-
tive March 23, 2004. The suspension or-
der authorized reinstatement by affidavit
under Rule 18(f), Rules on Lawyers Pro-
fessional Responsibility. Respondent has
filed an affidavit stating that he has com-
plied with the conditions imposed by the
court and requests reinstatement. The
Director of the Office of Lawyers Profes-
sional Responsibility has filed with this
court an affidavit certifying that respon-
dent has complied with the terms of the
suspension order and that the Director's
Office does not object to reinstatement.

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that re-
spondent Kenneth F. Johannson is rein-
stated to the practice of law in the State of
Minnesota effective June 21, 2004, subject
to his satisfactory completion of the pro-
fessional responsibility portion of the state
bar examination by March 9, 2005.

BY THE COURT:

/s/ Paul H. Anderson
Associate Justice

ANDERSON, RUSSELL A., J., took no
part in the consideration or decision of this
matter.